**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 12, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6972

In the Matter of                                                    Case Number:
TERRENCE J. HANCOCK, et al.
    v.
UNITED DEMOLITION, INC., an Illinois corporation

JUDGE KOCORAS
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TERRENCE J. HANCOCK, et al., Plaintiffs herein

J. N.

| | |
|---|---|
| NAME (Type or print) <br> Beverly P. Alfon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Beverly P. Alfon | |
| FIRM <br> Baum Sigman Auerbach & Neuman, Ltd. | |
| STREET ADDRESS <br> 200 W. Adams Street, Suite 2200 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606-5231 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6274459 | TELEPHONE NUMBER <br> 312/236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |