IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 07 C 6972 |
| | ) | |
| UNITED DEMOLITION, INC., | ) | JUDGE CHARLES P. KOCORAS |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:  Mr. Joseph Farwell, Registered Agent          Mr. August Pusateri, President
     United Demolition, Inc.                        United Demolition, Inc.
     3728 N. Southport Avenue                       1270 S. Kostner Avenue
     Chicago, IL   60613                            Chicago, IL   60625

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: balfon@baumsigman.com
I:\731exc\United Demolition\#20580\notice of voluntary dismissal.bpa.df.wpd

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 15th day of February 2008:

        Mr. Joseph Farwell, Registered Agent
        United Demolition, Inc.
        3728 N. Southport Avenue
        Chicago, IL   60613

        Mr. August Pusateri, President
        United Demolition, Inc.
        1270 S. Kostner Avenue
        Chicago, IL   60625

                /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\731exc\United Demolition\#20580\notice of voluntary dismissal.bpa.df.wpd